IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01308-EWN-MJW

**KEN CARTER and DAWN CARTER,**

Plaintiffs,

v.

**ENHANCED BEVERAGES, LLC,**

Defendant.

_____

**ORDER ON STIPULATION FOR SETTLEMENT**

_____

This matter comes before the Court on the parties' stipulation for settlement. In accordance with the parties' stipulation, the Court orders as follows.

1. Defendant will make the following payments to Plaintiffs, through their counsel, to be received by Plaintiffs' counsel by the following dates:

| | |
|---|---|
| October 1, 2007 | $10,000 |
| November 1, 2007 | $10,000 |
| December 1, 2007 | $10,000 |
| January 1, 2007 | $10,000 |
| February 1, 2008 | $10,000 |
| March 1, 2008 | $100,000 |
| April 1, 2008 | $10,000 |
| May 1, 2008 | $10,000 |
| June 1, 2008 | $10,000 |
| July 1, 2008 | $140,280.66 |

2. In the event that any payment is not made and received by the Plaintiffs' counsel by the due date, Defendant may cure the default by making the payment, plus an additional five percent of the payment, received by the Carters' counsel within 30 days of the due date. In the case of the March 1, 2008 and July 1, 2008 payments, Defendant may cure the default by making the

payment, plus an additional two percent of the payment, received by the Carters' counsel within 30 days of the due date.

       3. If the Defendant fails to make any of the payments and fails to cure the default as set forth above, judgment will be entered in favor of Plaintiffs and against Defendant in the amount of $436,227.57 as of September 1, 2007 (minus the amount of any of the above payments which were previously made), with interest accruing thereafter to the date of judgment at thirty percent per annum. Interest will accrue on the judgment from the date of judgment at the rate of ten percent per annum. Plaintiffs will also be awarded their reasonable costs and reasonable attorneys' fees, and may file a bill of costs and attorneys' fees within fifteen days of judgment.

       4. This matter is administratively closed. The matter will be reopened and judgment entered as set forth above within five days of application for such by Plaintiffs, unless Defendant shows good cause within five days from application by Plaintiffs why judgment should not be entered.

       5. If payments are made as scheduled, the parties will submit a stipulation for dismissal by August 1, 2008.

       6. The parties shall submit a status report by March 31, 2008 and every ninety days thereafter until judgment is entered or the case is dismissed.

       DATED this 3rd day of December, 2007.

       BY THE COURT:

       s/ Edward W. Nottingham
       Chief United States District Judge